# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

————

Nos. 13-10112 & 13-10182

————

United States Court of Appeals
Fifth Circuit

**FILED**

May 6, 2014

Lyle W. Cayce
Clerk

M3GIRL DESIGNS, L.L.C., a Texas Limited Liability Company,

Plaintiff–Appellant,

v.

BLUE BROWNIES, L.L.C., an Arkansas Limited Liability Company;
KRISTA DUDTE, an individual residing in Arkansas; ROBERT DUDTE,

Defendants–Appellees.

————

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 3:09-CV-2390

————

Before OWEN, SOUTHWICK, and GRAVES, Circuit Judges.

PER CURIAM:*

   AFFIRMED.  *See* 5TH CIR. R. 47.6.

————

   * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.